**Opinion issued February 27, 2024**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-23-00918-CV

_____

**MICHAEL DAVID ATKINSON, Appellant**

**V.**

**YUN ATKINSON AND ESTAR REALTY, LLC, Appellees**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCV-295417**

---

### MEMORANDUM OPINION

On December 8, 2023, appellant, Michael David Atkinson, filed a notice of appeal, stating that he "inten[ded] to appeal the trial court's judgment rendered on" August 3, 2023. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see*

*also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On January 5, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by February 5, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond to the Court's notice.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On January 8, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by February 7, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond to the Court's notice.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.